1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6963
   E-mail: bruce.smith@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

FILED

2008 AUG 18  AM 11:47

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   Civil No. 08 CV 1510 IEG RBB
                                       )
11            Plaintiff,               )   COMPLAINT FOR
                                       )   FORFEITURE
12       v.                            )
                                       )
13  ONE SONY VAIO COMPUTER,            )
    SERIAL NUMBER: 284014303017283,    )
14                                     )
    ONE QUANTUM VIKING II HARD DRIVE,  )
15  SERIAL NUMBER: 199805220459,       )
                                       )
16  ONE QUANTUM FIREBALL HARD DRIVE,   )
    SERIAL NUMBER: 372824416215,       )
17                                     )
    ONE BUFFALO LAN HARD DRIVE,        )
18  SERIAL NUMBER: 45800040810361,     )
                                       )
19  ONE USB HARD DRIVE,                )
    MODEL NUMBER: HD-338-UC2,          )
20                                     )
    SEVENTY-EIGHT RECORDABLE           )
21  DVD AND CD DISKS;                  )
                                       )
22            Defendants.              )
                                       )
23  _____)

24       By way of complaint against the defendants, ONE SONY VAIO

25  COMPUTER, SERIAL NUMBER: 284014303017283 (hereinafter referred to

26  as "SONY VAIO COMPUTER"), ONE QUANTUM VIKING II HARD DRIVE, SERIAL

27  //

28  2008v00389:BCS:mia



NUMBER: 199805220459 (hereinafter referred to as "QUANTUM HARD DRIVE", ONE QUANTUM FIREBALL HARD DRIVE, SERIAL NUMBER: 372824416215 (hereinafter referred to as "QUANTUM FIREBALL HARD DRIVE"), ONE BUFFALO LAN HARD DRIVE, SERIAL NUMBER: 45800040810361 (hereinafter referred to as "BUFFALO LAN HARD DRIVE"), ONE USB HARD DRIVE, MODEL NUMBER: HD-338-UC2 (hereinafter referred to as "USB HARD DRIVE"), and SEVENTY-EIGHT RECORDABLE DVD AND CD DISKS (hereinafter referred to as "78 DVD & CD DISKS", the United States of America alleges:

1.    This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, because the acts and omissions giving rise to the instant forfeiture occurred in this district.

2.    Venue is proper in this district pursuant to Title 28, United States Code, Section 1395 because the defendants were found in this district.

3.    On July 27, 2006, Special Agents from Immigration and Customs Enforcement (hereinafter referred to as "ICE") served and executed a search warrant issued by a judge of the California Superior Court, County of San Diego, at the residence of Michael McElmurray (hereinafter referred to as "McElmurray") located on Maynard Street, Spring Valley, in the Southern District of California.   In issuing the search warrant, the judge found probable cause to believe that at his residence, McElmurray maintained visual depictions of minors engaging in sexually-explicit conduct.

A.    During the search, the ICE agents discovered and seized, among other things, the defendants SONY VAIO COMPUTER,

1  QUANTUM HARD DRIVE, QUANTUM FIREBALL HARD DRIVE, BUFFALO LAN HARD

2  DRIVE, USB HARD DRIVE, AND 78 DVD & CD DISKS.

3        B.    On July 27, 2006, contemporaneously with the search

4  of the Maynard Street residence, ICE agents interviewed McElmurray

5  at his place of employment.   During the interview, McElmurray

6  acknowledged he resided at the Maynard Street, Spring Valley home

7  where the defendants SONY VAIO COMPUTER, QUANTUM HARD DRIVE,

8  QUANTUM FIREBALL HARD DRIVE, BUFFALO LAN HARD DRIVE, USB HARD

9  DRIVE, AND 78 DVD & CD DISKS were discovered and seized.

10  McElmurray admitted he owned and operated the defendants.

11  McElmurray further admitted he obtained, possessed and distributed

12  visual images of child pornography.  He explained he received and

13  distributed the images through the Internet.  McElmurray revealed

14  he used the defendants to obtain most of his child pornography

15  from Internet newsgroups and individuals.  McElmurray told the

16  agents that visual images of child pornography would be found in

17  encrypted files on the hard drives of his personal computer.

18        C.    ICE Agent Morgan, a Computer Forensic Agent as

19  designated by the ICE Cyber Crime Center, conducted a forensic

20  analysis of the defendants SONY VAIO COMPUTER, QUANTUM HARD DRIVE,

21  QUANTUM FIREBALL HARD DRIVE, BUFFALO LAN HARD DRIVE, USB HARD

22  DRIVE, AND 78 DVD & CD DISKS.

23        D.    The forensic analysis revealed that each of the

24  defendants SONY VAIO COMPUTER, QUANTUM HARD DRIVE, QUANTUM

25  FIREBALL HARD DRIVE, BUFFALO LAN HARD DRIVE, USB HARD DRIVE, AND

26  78 DVD & CD DISKS contained a host of visual depictions of minors

27  engaging in sexually-explicit conduct.

28  //

1    E.    Based upon the visual images of child pornography

2    discovered and seized on July 27, 2006 at the Maynard Street

3    residence, McElmurray was charged by the San Diego County District

4    Attorney by way of complaint before the California Superior Court

5    for the County of San Diego in the matter of <u>People of the State</u>

6    <u>of California v. David McElmurray</u>, case number CD205766.    The

7    complaint alleged multiple violations of Penal Code Sections

8    311.1(a) and 311.11(a).

9    F.    On September 25, 2007, McElmurray appeared before

10    a judge of the Superior Court in the matter of <u>People of the State</u>

11    <u>of California v. David McElmurray</u> and entered pleas of guilty to

12    one count of Penal Code Section 311.1(a), distribution of images

13    of minors engaging in sexual conduct, and two counts of Penal Code

14    Section 311.11(a), possession of matter depicting minors engaging

15    in sexual conduct, all felonies.

16    G.    On December 12, 2007, McElmurray was sentenced to

17    serve 365 days in a work furlough facility, and placed on

18    probation for 5 years.

19    4.    The defendants SONY VAIO COMPUTER, QUANTUM HARD DRIVE,

20    QUANTUM FIREBALL HARD DRIVE, BUFFALO LAN HARD DRIVE, USB HARD

21    DRIVE, AND 78 DVD & CD DISKS, and each of them, contained visual

22    depictions of minors engaging in sexually-explicit conduct, in

23    violation of Title 18, United States Code, Section 2252.

24    5.    As a result of the foregoing, the defendants SONY VAIO

25    COMPUTER, QUANTUM HARD DRIVE, QUANTUM FIREBALL HARD DRIVE, BUFFALO

26    LAN HARD DRIVE, USB HARD DRIVE, AND 78 DVD & CD DISKS, and each of

27    them, are liable to condemnation and to forfeiture to the

28    //

1   United States for its use in accordance with Title 18,

2   United States Code, Sections 2253, 2254, and 981, et seq.

3       6.   The defendants SONY VAIO COMPUTER, QUANTUM HARD DRIVE,

4   QUANTUM FIREBALL HARD DRIVE, BUFFALO LAN HARD DRIVE, USB HARD

5   DRIVE, AND 78 DVD & CD DISKS are presently being held within the

6   jurisdiction of this Court.

7       WHEREFORE, the United States prays that due process issue to

8   enforce the forfeiture of the defendants SONY VAIO COMPUTER,

9   QUANTUM HARD DRIVE, QUANTUM FIREBALL HARD DRIVE, BUFFALO LAN HARD

10  DRIVE, USB HARD DRIVE, AND 78 DVD & CD DISKS, and that due notice

11  be given to all interested parties to appear and show cause why

12  said forfeiture should not be declared.

13      DATED: August 18, 2008

14          KAREN P. HEWITT
            United States Attorney

15

16

17          BRUCE C. SMITH
            Assistant U.S. Attorney

18

19

20

21

22

23

24

25

26

27

28

5

1
2
3
4

<u>**VERIFICATION**</u>

5     I, Michael Morgan, state and declare as follows:

6     1.    I am a Special Agent with Immigration and Customs

7 Enforcement with training to act as a computer forensic agent.  As

8 such, I was responsible for conducting phases of the investigation

9 which is the basis for this litigation.

10     2.    I have read the foregoing complaint and know its

11 contents.

12     3.    The information in the complaint was revealed during the

13 investigation in which I was engaged, or was furnished by official

14 Government sources.

15     Based on this information, I believe the allegations in the

16 complaint to be true.

17     I declare under penalty of perjury that the foregoing is true

18 and correct, to the best of my knowledge and belief.

19     Executed on August 18, 2008

20
21
_____
MICHAEL MORGAN, Special Agent
22 Immigration and Customs Enforcement

23
24
25
26
27
28

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | ONE SONY VAIO COMPUTER, et al. |
| | 2008 AUG 18  AM 11: 48 |
| (b)  County of Residence of First Listed Plaintiff _____ <br> (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant _____ <br> (IN U.S. PLAINTIFF CASES ONLY) <br> CLERK US DISTRICT COURT <br> SOUTHERN DISTRICT OF CALIFORNIA <br> NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE <br> LAND INVOLVED.  BY _____ DEPUTY |
| | '08 CV 1510 IEG RBB |
| (c)  Attorney's (Firm Name, Address, and Telephone Number) <br><br> AUSA Bruce C. Smith, 880 Front Street, Room 6293, San Diego, CA 92101-8893, Tel. (619) 557-6963 | Attorneys (If Known) <br><br> Kerry L. Steigerwalt, Esq., Suite 1550, La Jolla CA 92037, Tel. (858) 297-2800 |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1   U.S. Government Plaintiff

☐ 2   U.S. Government Defendant

☐ 3   Federal Question (U.S. Government Not a Party)

☐ 4   Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☒ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 18, United States Code, Sections 2253, 2254 and 981

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD

AUSA BRUCE C. SMITH

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

