```
 1 │ KAREN P. HEWITT                              FILED
   │ United States Attorney
 2 │ BRUCE C. SMITH                               2008 AUG 18  AM 11: 48
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 078225              CLERK US DISTRICT COURT
   │ Federal Office Building                      SOUTHERN DISTRICT OF CALIFORNIA
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101-8893             BY_____KMT_____DEPUTY
 5 │ Telephone: (619) 557-6963
   │ E-mail: bruce.smith@usdoj.gov
 6 │
   │ Attorneys for Plaintiff
 7 │ United States of America
 8 │             UNITED STATES DISTRICT COURT
 9 │             SOUTHERN DISTRICT OF CALIFORNIA
10 │ UNITED STATES OF AMERICA,        )   Civil No.
                                      )
11 │             Plaintiff,           )   '08 CV 1510 IEG RBB
                                      )   EX PARTE MOTION TO APPOINT
12 │       v.                         )   IMMIGRATION AND CUSTOMS
                                      )   ENFORCEMENT AS CUSTODIAN
13 │ ONE SONY VAIO COMPUTER,          )
   │ SERIAL NUMBER: 284014303017283,  )
14 │                                  )
   │ ONE QUANTUM VIKING II HARD DRIVE,)
15 │ SERIAL NUMBER: 199805220459,     )
                                      )
16 │ ONE QUANTUM FIREBALL HARD DRIVE, )
   │ SERIAL NUMBER: 372824416215,     )
17 │                                  )
   │ ONE BUFFALO LAN HARD DRIVE,      )
18 │ SERIAL NUMBER: 45800040810361,   )
                                      )
19 │ ONE USB HARD DRIVE,              )
   │ MODEL NUMBER: HD-338-UC2,        )
20 │                                  )
   │ SEVENTY-EIGHT RECORDABLE         )
21 │ DVD AND CD DISKS,                )
                                      )
22 │             Defendants.          )
                                      )
23 │ ─────────────────────────────────
24 │       COMES NOW the plaintiff, United States of America, and moves
25 │ this Court, pursuant to General Order 273 issued by this Court,
26 │ for an order appointing Immigration and Customs Enforcement as
27 │ custodian of the defendant properties upon execution of the
28 │ //
```

warrant of arrest in rem. In support of this motion, plaintiff states as follows:

1. Immigration and Customs Enforcement has been staffed with personnel experienced in providing for the management of properties such as the defendants in this case.

2. Immigration and Customs Enforcement has consented to assume responsibility for the protection, maintenance, and safety of the defendants during the period the same remain in custodia legis.

3. The continued custody of Immigration and Customs Enforcement following execution of the warrant of arrest in rem is necessary and in the best interests of the plaintiff in this case, given the nature of the defendants and the expertise within the Immigration and Customs Enforcement to provide for the management, protection and preservation of the defendants.

3. The continued custody of Immigration and Customs Enforcement following execution of the warrant of arrest <u>in rem</u> is necessary and in the best interests of the plaintiff in this case.

4. It is further requested that all reasonable expenditures incurred by Immigration and Customs Enforcement be a first charge against the defendant properties.

//
//
//

1  WHEREFORE, plaintiff respectfully requests that General Order
2  No. 273 be granted permitting the appointment of Immigration and
3  Customs Enforcement as custodian.
4  DATED: August 18, 2008

KAREN P. HEWITT
United States Attorney

BRUCE C. SMITH
Assistant U.S. Attorney