FILED
AUG 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ONE SONY VAIO COMPUTER,<br>SERIAL NUMBER: 284014303017283,<br><br>ONE QUANTUM VIKING II HARD DRIVE,<br>SERIAL NUMBER: 199805220459,<br><br>ONE QUANTUM FIREBALL HARD DRIVE,<br>SERIAL NUMBER: 372824416215,<br><br>ONE BUFFALO LAN HARD DRIVE,<br>SERIAL NUMBER: 45800040810361,<br><br>ONE USB HARD DRIVE,<br>MODEL NUMBER: HD-338-UC2,<br><br>SEVENTY-EIGHT RECORDABLE<br>DVD AND CD DISKS,<br><br>　　　　Defendants. | Civil No. 08 CV 1510 IEG RBB<br><br>ORDER APPOINTING<br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT AS CUSTODIAN |

　　Upon a motion by plaintiff, United States of America, and it appearing that Immigration and Customs Enforcement has consented to assume responsibility for the custody and maintenance of the defendant properties during the time they remain in the custody of this Court under its process herein,

1  IT IS HEREBY ORDERED that upon the arrest of the defendant
2  properties, Immigration and Customs Enforcement shall be custodian
3  of the defendant properties on behalf of this Court until further
4  order.

5  IT IS FURTHER ORDERED that all reasonable expenditures
6  incurred by Immigration and Customs Enforcement be a first charge
7  against the defendant properties.

8  DATED: 8/18/08

   _____
   UNITED STATES DISTRICT JUDGE