# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JAN 1 3 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America

V.

One Sony Vaio Computer Serial Number 284014303017282; One Quantum Viking II Hard Drive Serial Number 199805220459; One Quantum Fireball Hard Drive Serial Number 372824416215; et. al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv1510-IEG(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **GRANTS** the motion for default judgment. Judgment of forfeiture entered against the defendant items: one Vaio Computer serial number 284014303017283, one Quantum Viking II Hard Drive serial number 1998052204591, one Quantum Fireball Hard Drive serial number 372824416215, one Buffalo LAN Hard Drive serial number 45800040810361, one USD Hard Drive model number HD-338-UC2, and seventy-eight recordable DVD and CD disks. Any and all right, title and interest of all potential claimants in defendant items is forfeited to the United States of America. Case is closed.....................

| January 13, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Haslam
(By) Deputy Clerk

ENTERED ON January 13, 2009